IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CODY RABALAIS,

                Plaintiff,                          ORDER

                                                  14-cv-643-wmc

WISCONSIN DEPARTMENT OF
HEALTH SERVICES, and TRAVELERS
CASUALTY & SURETY COMPANY,

                Involuntary Plaintiffs,

      v.

DOMTAR A.W. LLC,

                Defendant.
_____

        The court having reviewed the stipulation and order for dismissal and approval of settlement distribution pursuant to Wis. Stat. § 102.29 (dkt. #31), the proposed distribution appearing to comply with § 102.29 and the interests of the parties appearing to have been adequately represented by capable counsel, the court orders as follows:

                                                      ORDER

        IT IS ORDERED that:

(1) the settlement and distribution proceeds set forth in the stipulation and order (dkt. #31) is APPROVED pursuant to Wis. Stat. § 102.29(1);

(2) this case is DISMISSED with prejudice and without costs subject to reopening upon good cause found; and

(3) the clerk of court is directed to close the case.

Entered this 20th day of August, 2015.

        BY THE COURT:

        /s/

        _____
        William M. Conley
        District Judge